# United States Bankruptcy Court
Northern **District of** Illinois

In Re: Walter & Catherine Voytovick

Case No.: 12-32029
Chapter: 13
Judge: A. Benjamin Goldgar

**Statement in Response to Notice of Final Cure Payment**

### Part 1: Pre-Petition Arrears

Creditor ☑ agrees or ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan.

    If creditor disagrees:

        Amount due to cure pre-petition arrears:   $ _____

        Attach an itemized account of any required pre-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*.

*[FILED stamp: UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, JUN 13 2017, JEFFREY P. ALLSTEADT, INTAKE 3, CLERK]*

### Part 2: Post-petition Arrears

***Outside the plan:*** Creditor ☑ agrees or ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid outside the Chapter 13 Plan directly to the secured creditor.

    If the creditor disagrees:

        Amount due to cure post-petition arrears due outside the plan: $ _____

        Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*, using the form *Certification Re Post-Petition Payment History (Note and Mortgage)*.

***Inside the plan:*** Creditor ☐ agrees or ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid through the Chapter 13 Plan.

    If the creditor disagrees:

        Amount due to cure post-petition arrears due inside the plan: $ _____

        Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*, citing court orders or *Notices of Fees, Expenses and Charges* issued during the case.

### Part 3: Sign Here

The person completing this Statement must sign it. Print your name and other identifying information.

Check the appropriate box.

☑ I am the creditor.    ☐ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Dana C. Potter
Signature

Date: 06/09/17

Print:  Dana C. Potter
Name

Collection Support Rep
Title

OneMain Financial Services
Company

P.O. Box 3251
Address

Evansville, IN  47731

800-266-9800
Phone

cbp@onemainfinancial.com
Email

### Part 4: Service

Notice Mailed to:   Walter & Catherine Voytovick

Debtor(s) (address): 3055 N. LaPorte Avenue   Melrose Park, IL  60164

Debtor(s)' Counsel:   Jason Blust   211 W. Wacker Drive  Ste 300   Chicago IL  60606
☑ Via CM/ECF
☐ Via email (email address): _____
☐ Via US Mail (address): _____

Trustee:   Marilyn O Marshall   224 S. Michigan  Ste 800   Chicago, IL  60604
☑ Via CM/ECF

*new. 9/1/10*